MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412881)
Chief, Criminal Division

JOHN H. HEMANN (CABN 165823)
Assistant United States Attorney
   450 Golden Gate Avenue
   Box 36055
   San Francisco, California  94102
   Telephone: 415.436.7200
   Fax: 415.3436.7234
   E-mail: john.hemann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR-13-0052 JSW (JSC) |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO FORFEIT BAIL PURSUANT TO 18 U.S.C. § 3146(d) |
| v. | |
| JENNIFER XIAO, | |
| Defendant. | |

The parties stipulate and agree as follows:

1. Defendant Jennifer Xiao was arrested on December 19, 2012 pursuant to a criminal complaint charging her with Conspiracy to Commit Bank Fraud in violation of 18 USC §1349 and §1344. (Dkt. 1) Xiao is a citizen of the People's Republic of China ("PRC").

2. Defendant Xiao was arraigned on December 20, 2012, and had a detention hearing on December 24, 2012. At the detention hearing, the Court released Xiao with several conditions. Among these conditions was a requirement to post a $100,000 bond. (Dkt. 5) Niny Liu provided $50,000 in cash required by the Court to secure the bond. She provided a cashier's check to the

Stipulation and [Proposed] Order
Case No. CR-0052 JSW (JSC)       1

1  Clerk of the U.S. District Court in the amount of $50,000 on December 24, 2012. Liu withdrew this money from her retirement account.

3.  Between December 28 and December 31, 2012, Liu received $50,000 from another friend of defendant Xiao, "EM." She deposited this money into her retirement account. Liu considered this to be a loan and represents that she accepted the money in order to avoid paying penalties for early withdrawal. The United States does not dispute this representation.

4.  The United States represents that it has obtained bank records which show that in at least $40,000 of the $50,000 provided by EM was, in turn, paid to associates of EM from sources in the PRC. Liu represents that she was unaware of this reimbursement and the United States does not dispute this representation.

5.  On January 24, 2013, the United States Attorney charged Xiao by information in United States v. Jennifer Xiao, CR 13-0052 JSW, with 18 U.S.C. § 1349 – Conspiracy to Commit Bank Fraud; 18 U.S.C. § 1344 – Bank Fraud; and 18 U.S.C. § 215(a)(2) – Receipt of Commissions or Gifts for Procuring Loans, in the Northern District of California. (Dkt. 13)

6.  On or about March 16, 2013, defendant Xiao failed to report as directed to her pretrial services officer. Defendant Xiao failed to appear at subsequent court appearances as required and is a fugitive. (Dkt. 26)

7.  Liu represents that she was not aware of Xiao's intention to flee and is unaware of her whereabouts. The United States does not dispute this representation.

8.  Liu stipulates and agrees that the $50,000 she posted to secure the appearance of defendant Xiao shall be forfeited to the United States pursuant to 18 U.S.C. § 3146(d).

SO STIPULATED AND AGREED,

Dated: November 12, 2013              MELINDA HAAG
                                      United States Attorney


                                      /s/ John H. Hemann
                                      JOHN H. HEMANN
                                      Assistant United States Attorney

Dated: November 12, 2013

_____
RABIN NABIZADEH
Counsel for Niny Liu

Dated: November 12, 2013

_____
NINY LIU
Surety

## [PROPOSED] ORDER

Pursuant to stipulation, the $50,000 appearance bond posed by surety Niny Liu on December 24, 2013, is hereby declared forfeited to the United States pursuant to 18 U.S.C. § 3146(d).

IT IS SO ORDERED.

DATED: 11-13-13

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge